JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMUSEMENT INDUSTRY, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-01861-MWF-SHK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [20]** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Amusement Industry, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  May 22, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE